IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

LEE ANDREW JACKSON,

    Plaintiff,

v.

GLYNN COUNTY, GEORGIA;
WAYNE BENNETT; TRAVIS SMITH;
and SHAWN DAVIES,

    Defendants.

CIVIL ACTION NO.: CV214-042

## ORDER

Plaintiff filed this complaint on March 24, 2014. By Orders dated July 28, 2014 and August 21, 2014, the Court granted Plaintiff's motions to extend the time to effectuate service of the complaint. The August 21, 2014 Order gave Plaintiff until September 20, 2014 to serve Defendant Travis Smith. Plaintiff was advised in that Order that no further extensions of time would be granted. Nothing in the record indicates that Defendant Travis Smith has been served.

Accordingly, Plaintiff's claims against Defendant Travis Smith are **DISMISSED**, without prejudice, pursuant to Federal Rule of Civil Procedure Rule 4(m).

**SO ORDERED**, this 17 day of October, 2014.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)